IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL LASSON, DAVID VIARAMONTES, CHRISTIAN ANTILLON, and TYRONE CHRISTMAS,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNICATION COMPONENTS, INC., and COMMUNICATION COMPONENTS SYSTEMS, INC.,<br><br>Defendants | Case No. 12-cv-1609<br><br>Judge Susan E. Cox |

## ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on Parties' Joint Motion, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. On October 1, 2013, this Court approved the parties settlement as a fair and reasonable settlement of a bona fide dispute regarding the provisions of the Fair Labor Standards Act; and

2. The above cause be and the same is hereby **DISMISSED WITH PREJUDICE** to each Plaintiff; each party to bear their own attorneys' fees and costs except as otherwise provided for in the Settlement Agreement.

**THIS CASE IS CLOSED.**

**DONE AND ORDERED** this 18th day of October, 2013.

_____.
JUDGE SUSAN E. COX
United States Magistrate Judge

1